AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

August 19, 2022

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
Alma Patricia Soto-Barrera

YOB: 1960   COB: United States

## CRIMINAL COMPLAINT

Case Number:
M-22-1647-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **August 18, 2022** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
knowing or in reckless disregard of the fact that Aron Murillo-Hernandez, a citizen and national of Mexico, along with two (2) other undocumented aliens, for a total of three (3) who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On August 18, 2022, at approximately 9:00pm, a camera operator at the Rio Grande City Border Patrol Station observed three (3) subjects cross the Rio Grande River and make landfall into the United States. Agents surveilling the area were alerted by a concerned citizen who stated they witnessed three (3) subjects run to an alleyway behind their house. While searching the area, an agent observed three (3) subjects emerge from under the tarp of a boat and run into a grey Chevrolet Cruze. The agent approached the Chevrolet, via foot, and commanded the driver to exit the vehicle.

Agents identified the driver as Alma Patricia Soto-Barrera, a United States citizen. The three (3) subjects located in the back seat were interviewed and freely admitted to being illegally present in the United States. All subjects were transported to the Rio Grande City Border Patrol Station for processing.

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Complaint authorized by AUSA E. Flores

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

/s/ Shakira Singho
Signature of Complainant

Shakira Singho       Border Patrol Agent
Printed Name of Complainant

August 19, 2022   at 2:15 p.m.                 at   McAllen, Texas
Date                                                City and State

J. Scott Hacker                , U. S. Magistrate Judge
Name and Title of Judicial Officer                  Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-22-1647-M

RE:     Alma Patricia Soto-Barrera

**CONTINUATION:**

**PRINCIPAL STATEMENT:**

Alma Patricia Soto-Barrera, a United States citizen, was read her Miranda Rights. She understood and agreed to provide a sworn statement without the presence of an attorney.

Soto claimed she was going to meet with her niece but could not find her house. Soto indicated she decided to go to the Dairy Queen nearby. Soto stated once she left the restaurant, two (2) or three (3) people she thought were illegal aliens entered her vehicle. Soto added she told the subjects to get out of her vehicle.

**MATERIAL WITNESS STATEMENT:**

Aaron Murillo-Hernandez, a citizen and national of Mexico, was read his Miranda Rights. He understood and agreed to provide a sworn statement without the presence of an attorney.

Murillo stated his father made his smuggling arrangements and was to pay $3,000 after crossing the Rio Grande River and $3,000 more after arriving in New York. Murillo indicated he crossed the river with two others by walking and received instructions from a guide via phone. Murillo added the guide was using a drone to guide them. Murillo said the guide instructed them to hide under a tarp of a boat nearby. He added the guide told them when to get out of the boat and to board a dark in color four door sedan. Murillo stated when they tried to get inside the sedan, it was locked, but the heavy-set female driver unlocked the doors to let them in. Murillo stated the driver started yelling for them to get out once she saw law enforcement.

Murillo identified Alma Patricia Soto-Barrera, through a photo lineup, as the driver of the vehicle.